# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SCOFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE TAX EXPERTS, INC.,<br><br>Defendant. | Case No. 8:22-cv-00360-DOC-DFM<br><br>ORDER APPOINTING SPECIAL MASTER<br><br>Judge: Hon. David O. Carter |

Pursuant to Fed. R. Civ. P. 53 and Plaintiff Shane Scofield and Defendant Nationwide Tax Experts, Inc. joint notice, the Court hereby appoints Justice Laurie D. Zelon (Ret.) as discovery Special Master in this action.

**DONE AND ORDERED** this 20th day of October 2022.

*David O. Carter*
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1